IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 98-30120
Summary Calendar
_____

GAYLE R. FUSSELL,

Plaintiff-Appellant,

versus

BELLSOUTH TELECOMMUNICATIONS, Inc.,

Defendant-Appellee.

- - - - - - - - - -
Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 96-CV-1660-T
- - - - - - - - - -

September 23, 1998

Before JOLLY, SMITH, and WIENER, Circuit Judges.

PER CURIAM:[*]

Gayle R. Fussell appeals the district court's summary judgment in favor of the BellSouth Telecommunications ("BST"). Fussell abandoned her state tort and state-discrimination-law contentions by not raising them on appeal. *Evans v. City of Marlin, Tex.*, 986 F.2d 104, 106 n.1 (5th Cir. 1993).

Fussell argues that the district court erred by granting BST's motion for summary judgment and dismissing her Age Discrimination in Employment Act and her Americans with

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Disabilities Act claims.  We have reviewed the briefs of the parties and the summary-judgment evidence, and we AFFIRM for essentially the same reasons stated by the district court.  *See Fussell v. BellSouth Telecommunications Inc.*, No. 96-CV-1660-T (E.D. La. Jan. 8, 1998).

AFFIRMED.